The following constitutes
the order of the court. Signed April 2, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 14-53564 MEH |
| BRANDON MICHAEL CAVANAUGH and<br>KEISHA RENEE CAVANAUGH, | Chapter 13 |
|            Debtors.  / | Date: 06/19/15<br>Time: 10:00 a.m.<br>Ctrm: 1000 S. Main, Room 214<br>      Salinas, CA |

### ORDER TO SHOW CAUSE RE DISMISSAL

This case was filed on August 26, 2014. As of the date of this order, no order confirming a chapter 13 plan has been entered. Debtors (or Debtors' counsel, if represented) are hereby ordered to show cause, if any, at the above-mentioned date, time and courtroom, why this case should not be dismissed for unreasonable delay that is prejudicial to creditors. See 11 U.S.C. § 1307(c).

Debtors (or Debtors' counsel, if represented) shall file a written response to this Order to Show Cause by June 5, 2015. If Debtors fail to file a written response by that date, the court will dismiss the case before the hearing.

If all objections to confirmation are resolved, the plan may be confirmed at the hearing.

**END OF ORDER**

COURT SERVICE LIST

ECF Participants