Prober & Raphael, A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq. #180030
Cassandra J. Richey, Esq. #155721
Melissa A. Vermillion, Esq. #241354
Joseph Garibyan, Esq. #271833
Bonni S. Mantovani, Esq. #106353
Anna Landa, Esq. #276607
Halie L. Leonard, Esq. #265111
Samyel Geshgian, Esq. #300470
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pralc.com
Attorneys for Movant
Bank of America, N.A.
FHAB.500-118.NF

The following constitutes
the order of the court. Signed June 24, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | ) Bk. No. 14-53564 |
| | ) |
| BRANDON MICHAEL CAVANAUGH AND | ) CHAPTER 7 |
| KEISHA RENEE CAVANAUGH AKA | ) |
| KEISHA RENEE GERHARD, | ) R.S. No. LSR – 965 |
| | ) |
| Debtors. | ) ORDER FOR RELIEF FROM |
| | ) <u>AUTOMATIC STAY</u> |
| | ) |
| | ) Hearing- |
| | ) Date : June 18, 2015 |
| | ) Time : 1:00 p.m. |
| | ) Place : U.S. Bankruptcy Court |
| | )         280 South First Street |
| | )         San Jose, California |
| _____ | )         Courtroom 3070 |

The Motion for Relief from Automatic Stay of Bank of America, N.A., its assignees and/or successors in interest, came on for hearing on June 18, 2015 at 1:00 p.m., before the Honorable 3070. Appearances are as set forth in the Court's docket.

-1-

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to Bank of America, N.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **3073 Helena Way, Marina, CA 93933,** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtors or property of the estate, except by filing a Proof of Claim pursuant to 11 U.S.C. §501.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **ALL PARTIES SERVED VIA ELECTRONIC NOTICE.** |